certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Robert G. Dyrenforth* for petitioner. *Mr. Harris F. Williams* for respondent.

---

No. 397. The Saginaw Match Company, Petitioner, *v.* The Diamond Match Company. October 15, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ralzemond A. Parker* and *Mr. Charles F. Burton* for petitioner. *Mr. John R. Nolan* for respondent.

---

No. 436. Cumberland Telephone and Telegraph Company, Petitioner, *v.* Mayor and City Council of Nashville, Tenn. October 15, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William L. Granbery* for petitioner. No appearance for respondent.

---

No. 441. New York Evening Journal Publishing Company, Petitioner, *v.* Joseph Simon. October 15, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward T. Fenwick* and *Mr. Clarence J. Shearn* for petitioner. *Mr. Edward K. Jones* for respondent.

---

No. 442. The Atlantic Transport Company, Claimant, etc., Petitioner, *v.* Frances M. Barnes. October 15, 1906. Petition for a writ of certiorari to the United States Circuit